IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RADIO TOWER NETWORKS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:18-cv-413 |
| vs. | § § | |
| AEP TEXAS, INC. | § § | |
| Defendant. | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Radio Tower Networks, LLC hereby files this Voluntary Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Radio Tower Networks, LLC hereby voluntarily dismisses this action against AEP Texas, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: February 28, 2019

Respectfully submitted,

*/s/ Jay Johnson*
Jay Johnson
State Bar No. 24067322
D. Bradley Kizzia
State Bar No. 11547550
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
Tel. (214) 451-0164
Fax (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

*Attorneys for Plaintiff*

**SO ORDERED**, this _____ day of _____, 2019.

_____
Judge - United States District Court